February 14, 1966

**No. 69801.**—Appeal 5219.—United States *v.* Engelhard Hanovia, Inc.— Appeal dismissed October 18, 1965.

Before the Second Division, February 21, 1966

**No. 69802.**—Bardon of Hollywood *v.* United States, protest 63/7238 (Los Angeles).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of untrimmed adult sweaters, knitted or crocheted, in chief value of wool, and valued over $5 per pound, the claim of the plaintiff was sustained.

Before the First Division, February 24, 1966

**No. 69803.**—Remco Industries, Inc. *v.* United States, protests 61/4346, etc. (New York).

Opinion by Oliver, J. In accordance with stipulation of counsel that the merchandise consists of electric motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiff was sustained.